# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RODRIGUEZ, NEGEEN MIRREGHABIE, and CHRIS JENNEN, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>MONDELĒZ GLOBAL LLC<br><br>Defendant. | Case No. 3:23-cv-57-DMS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Before the Court is the parties' Joint Motion for Voluntary Dismissal. (ECF No. 41.) Good cause appearing, the Court **GRANTS** the parties' joint motion. Plaintiffs' individual claims are dismissed with prejudice and the putative class's claims are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: May 1, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court